UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| ANTHONY BUTLER FORD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:14CV112 SNLJ |
| CORIZON MEDICAL SERVICES, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Before the Court are plaintiff's motions for appointment of counsel and for extension of time to file an amended complaint.

After reviewing the factors enunciated in *Nelson v. Redfield Lithograph Printing*, 728 F.2d 1003, 1004 (8th Cir. 1984), the Court believes that plaintiff is able to represent his own interests at this time. Moreover, it does not appear that the facts and legal issues involved in this case are so complex that the appointment of counsel is warranted. *See Johnson v. Williams*, 788 F.2d 1319, 1322-23 (8th Cir. 1986); *Nelson*, 728 F.2d at 1005. Thus, plaintiff's motion for appointment of counsel will be denied.

Plaintiff's motion for extension of time to file an amended complaint will be granted in part. Plaintiff will be allowed fifteen days from the date of this Memorandum and Order to file an amended complaint on a court-provided form.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for appointment of counsel [Doc. #15] is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's motion for extension of time to file an amended complaint [Doc. #16] is **GRANTED IN PART**. Plaintiff shall file an amended

complaint on a court-form no later than **fifteen days** from the date of this Memorandum and Order.

**IT IS FURTHER ORDERED** that the Clerk of Court shall provide plaintiff with a court-provided prisoner complaint form.

Dated this 3rd day of February, 2015.

　　　　　　　　　　　　　　　　/s/ Stephen N. Limbaugh, Jr.
　　　　　　　　　　　　　　　　STEPHEN N. LIMBAUGH, JR.
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE